No. CV-H-8405-1373

PATRICIA WILLIAMS

vs.

BURR CARLSON, ET AL.

SUPERIOR COURT, HOUSING SESSION

JUDICIAL DISTRICT OF HARTFORD/NEW BRITAIN At Hartford

JANUARY 25, 1985

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff and defendant William Sadek by their respective attorneys move that the Final Judgment on Stipulation annexed hereto be entered by the Court.

PLAINTIFF

BY: _____
BRUCE J. BATTS

DEFENDANT WILLIAM SADEK

JOSEPH I. LIEBERMAN
ATTORNEY GENERAL

BY: _____
ARNOLD B. FEIGIN
ASSISTANT ATTORNEY GENERAL

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

I HEREBY CERTIFY THAT A COPY OF THE ABOVE WAS MAILED ON Feb. 15, 1985 TO ALL COUNSEL OF RECORD.

_____

```
No. CV-H-8405-1373              SUPERIOR COURT, HOUSING
                                SESSION
PATRICIA WILLIAMS
                                JUDICIAL DISTRICT OF
                                HARTFORD/NEW BRITAIN At
    vs.                         Hartford

BURR CARLSON, ET AL.
```

## FINAL JUDGMENT ON STIPULATION

Plaintiff and defendant William Sadek by their respective attorneys, having consented to the making and entry of this Final Judgment, without admission by any party in respect to any issue of fact or law, and without this Final Judgment constituting evidence of an admission by any party hereto with respect to any issue of fact or law;

NOW THEREFORE, before any testimony has been taken herein, without trial or adjudication on any issue of fact or law herein, and upon consent of the parties hereto, it is hereby

ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff's motion to certify a plaintiff class is denied to the extent that said motion relates to the Fourth and Fifth Counts of her Amended Complaint.

-2-

2. A defendant class comprised of all persons authorized by Conn. Gen. Stat. § 51-52(a), (d), and (e) (hereinafter referred to as "Clerks") to issue executions in summary process actions is certified.

3. Sixty (60) days after the effective date of this Final Judgment, Summary Process Execution Form JD-CV-4 Rev. 10-82 shall be revised so as to delete the language "and all persons holding under the Defendant(s)." The revised JD-CV-4 is to be utilized by the Clerks when issuing an execution in all summary process actions.

4. Nothing in paragraph 3 herein shall be construed as prohibiting other revisions to be made to JD-CV-4 Rev. 10-82.

5. Nothing in paragraph 3 herein shall be construed as prohibiting the Clerks from utilizing any subsequent revision of the revised JD-CV-4 when issuing an execution so long as any such revision does not reinsert the language deleted from JD-CV-4 Rev. 10-82 pursuant to paragraph 3 herein.

6. Nothing in paragraphs 3 and 5 herein shall be construed as prohibiting the language "and all persons holding under the Defendant(s)" in any summary process execution form if said language would be in accordance with an Act of the Connecticut General Assembly hereinafter enacted.

-3-

7. Nothing in paragraphs 3 and 5 herein shall be construed as prohibiting the language "and all persons holding under the Defendant(s)" in any summary process execution form if said language would be required hereinafter by any order, decision, or judgment in any state or federal court.

8. The use of Summary Process Execution Form JD-CV-4 Rev. 10-82 when issuing an execution instead of the revised JD-CV-4 shall not be deemed a violation of paragraph 3 herein unless said use was made with the specific intent to violate paragraph 3.

9. In order to implement the provisions of paragraph 3 herein, the Judicial Department has agreed to, not later than sixty (60) days after the effective date of this Final Judgment:

    (a) Publish a notice in the Connecticut Law Journal indicating that JD-CV-4 Rev. 10-82 is being revised and that effective, on a date certain, clerks will not issue an execution on JD-CV-4 Rev. 10-82;

    (b) Distribute at each courthouse of the Superior Court where summary process executions are issued a memo indicating that sixty (60) days after the effective date of the Final Judgment in this case no execution may be issued on JD-CV-4 Rev. 10-82 or any prior

-4-

revision and that any inventories of JD-CV-4 Rev. 10-82 or any prior revision should be destroyed; and

(c) Distribute at each courthouse of the Superior Court where summary process executions are issued a supply of the revised JD-CV-4.

10. The defendant William Sadek and the Clerks acted at all times alleged in the plaintiff's Amended Complaint in the discharge of their duties and in the exercise of a good faith belief that their conduct was lawful. No act of the defendant and the Clerks was wanton, reckless or malicious.

11. This Final Judgment shall not be construed so as to set any precedent for the liability of defendant William Sadek and the Clerks for an injunction, damages, attorney's fees, or any other relief in any other matter, suit or claim.

12. All claims embodied in this action are deemed to be compromised and settled.

13. This Final Judgment shall not pertain to and effect defendants Burr Carlson, Colony Equities, Frank Fitzgerald and Pascal Prignano.

14. This Final Judgment shall become effective immediately.

By the Court

Dated _____    Judge _____

**NOTICE OF JUDGMENT**
CCP-118 REV. 4-75

STATE OF CONNECTICUT
COURT OF COMMON PLEAS

RECEIVED M 2 1985

(Clerk: In Summary Process cases, fill in only: (a) the first line (in full) and (b) Date of Judgment; ... "Notice To Defendant" box.)

| CASE NO. | CASE NAME (Omit if same as Judgment Creditor(s) and Judgment Debtor(s)) | xxxxx | HELD AT (Town) |
|---|---|---|---|
| CV H 8405-1373 | Patricia Williams v William Sadek | Housing Session | Hartford |

| NAME(S) OF JUDGMENT CREDITOR(S) | NAME(S) OF JUDGMENT DEBTOR(S) |
|---|---|
| Patricia Williams | William Sadek |

| AMOUNT OF DAMAGES | AMOUNT OF COSTS | TOTAL DAMAGES AND COSTS | DATE OF JUDGMENT | AMOUNT OF WEEKLY PAYMENT ORDERED |
|---|---|---|---|---|
| | | | 3-19-85 | per stipulation |

[x] **ATTORNEY FOR PLAINTIFF(S)**    [ ] **PLAINTIFF(S)**

Bruce J. Batts, Esq.
Legal Aid Society
525 Main St.
Hartford, Ct. 06103

[x] **ATTORNEY FOR DEFENDANT(S)**    [ ] **DEFENDANT(S)**

Arnold Feigin A A G
po box 120
Hartford, Conn. 06101

**NOTICE TO JUDGMENT DEBTOR(S)**
(Does not apply if an "X" appears in Summary Process Box below.)

1. The above named Judgment Creditor(s) recovered judgment against the above named Judgment Debtor(s) for Damages and Costs as shown above.
2. An order was entered for Weekly Payments in the amount shown above, beginning one week from the above Date of Judgment.
3. If Weekly Payments are not made in accordance with the order of the court, an execution may be issued against your **wages** or **property**.
4. Do not make payment to the clerk of the court.
5. Make payment to Plaintiff or Plaintiff's Attorney.

[ ] **NOTICE TO DEFENDANT IN SUMMARY PROCESS**

1. The above named Plaintiff(s) recovered judgment against you for immediate possession of the premises named in the complaint.
2. Execution may issue against you in five (5) days (Subject to Stay and Appeal under General Statute Sections 52-542 through 52-548 inclusive.)

Assistant Clerk _____ (s) Vic Feigenbaum