CV

# STERN & STERN
### ATTORNEYS AT LAW
### 50 COURT STREET, SUITE 1100
## BROOKLYN, NEW YORK 11201
### (718) 935-9458

**DAVID LYLE STERN**
**LAWRENCE M. STERN**

PAMELA SMITH, OF COUNSEL

September 18, 2013

Unites States Court of Appeals
40 Foley Square
New York, New York 10007
Attention: Jason Wang

Re: Sasmor v. Powell, et al.
CA Case No.: 13-1223
Case No.: 11 Civ. 4645 (Kam) (Jo)

Dear Mr. Wang:

      As you know, this office represented Chaim Goldberger, Issac Teitelbaum, Abraham Schneebalg and Henry Management, LLC before the Eastern Disctrict Court in the above referenced matter.

      Please be advised that Mr. Goldberger, Mr. Teitelbaum, Mr. Schneebalg and Henry Management, LLC will not be participating in the appeal of Judge Matsumoto's Order and will not be filing a brief in the appeal.

      A copy of this letter was also sent by email to yourself and to the other parties in this case.

      Please feel free to contact the undersigned should anyone have any questions or comments regarding the above.

Very truly yours,

David Lyle Stern

cc: Jonathan Sasmor
 Eric Schneiderman, Esq.
 Attorney General of the State of New York
 Kenneth Lutwack, Esq.

Brooklyn, NY 11201

United States Court of Appeals
40 Foley Square
New York, New York 10007
Attention: Jason Wang

10007150729